UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>The person or body of Jamie Lee Johnson, a/k/a Jamie Lee Fallis, to include saliva, cheek skin samples, and DNA | CR: 3:20-mj-14<br><br>**SEARCH WARRANT** |

TO: SPECIAL AGENT DAN P. MEYER AND ANY AUTHORIZED LAW ENFORCEMENT OFFICER OF THE UNITED STATES

An Application having been made before me by Dan P. Meyer, who has reason to believe that on the person or body of Jamie Lee Johnson, a/k/a Jamie Lee Fallis, there is now concealed certain evidence namely: saliva, cheek skin samples, and DNA, which is property which constitutes evidence of the commission of a criminal offense, contraband, the fruits of crime, or things otherwise criminally possessed, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, concerning a violation of 18 U.S.C. § 2241(a).

I find that the application and affidavit of Dan P. Meyer, hereinafter incorporated by this reference, establish probable cause to search and seize the property.

cc: AUSA Morley
& Agent

**YOU ARE COMMANDED** to execute this warrant on or before

_February 10, 2020_ (not to exceed 14 days)

☒ in the daytime – 6:00 a.m. to 10:00 p.m.

☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Mark A. Moreno, United States Magistrate Judge, or his designee.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized,   ☐ for _____ days (not to exceed 30).

☐ until, the facts justifying, the later specific date of _____.

_January 27, 2020 @ 3:50 p.m._
_Central Time_                                   at Pierre, South Dakota
Date and Time Issued

_____
MARK A. MORENO
United States Magistrate Judge

| **RETURN** | | |
|---|---|---|
| Case no.: 3:20-mj-14 | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

**CERTIFICATION**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated clerk of courts.

_____

Dan P. Meyer
Special Agent
Bureau of Indian Affairs

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | CR: 3:20-mj-14 |
| The person or body of Jamie Lee Johnson, a/k/a Jamie Lee Fallis, to include saliva, cheek skin samples, and DNA | **APPLICATION FOR SEARCH WARRANT** |

I, Dan P. Meyer, being duly sworn depose and say:

I am a Special Agent with the Bureau of Indian Affairs (BIA) in Lower Brule, South Dakota, and have reason to believe that the person or body of Jamie Lee Johnson, a/k/a Jamie Lee Fallis, there is now concealed certain property, namely: saliva, cheek skin samples, and DNA, which I believe is property constituting evidence of the commission of a criminal offense, contraband, the fruits of crime, or things otherwise criminally possessed, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, concerning a violation of 18 U.S.C. § 2241(a).

The facts to support a finding of Probable Cause are contained in my Affidavit filed herewith, and attached hereto and incorporated by this reference.

Dated this 27th day of January 2020.

Dan P. Meyer
Special Agent
Bureau of Indian Affairs

Sworn to before me, and subscribed in my presence on the 27th day of January 2020, at Pierre, South Dakota.

_____
MARK A. MORENO
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | CR 3:20-mj-14 |
| The person or body of Jamie Lee Johnson, a/k/a Jamie Lee Fallis, to include saliva, cheek skin samples, and DNA | **AFFIDAVIT IN SUPPORT OF SEARCH WARRANT APPLICATION** |

STATE OF SOUTH DAKOTA )
) 
COUNTY OF LYMAN )

I, Dan P. Meyer, being first duly sworn upon oath, depose and state as follows:

1. I am employed as a Special Agent (SA) of the United States Department of Interior, Bureau of Indian Affairs (BIA), Office of Justice Services (OJS), Criminal Investigations Division since September of 2015. I previously worked for the BIA as a Police Officer from May of 2012 to September of 2015. I have also been a Detective for the Department of Defense at the Great Lakes Naval Station from August 2000 to May of 2012, a Police Officer at the same location from 1997 to 2000, a Police Officer for the Department of Veterans Affairs from May 1992 to May 1997 in Lincoln, Nebraska and North Chicago, Illinois. I began my career as US Army Military Police from 1983 to June 1986 when I was honorably discharged. I graduated from the US Army Military Police Course, Fort McClellan, Alabama, the Department of Veterans Affairs Basic Police Training in North Little Rock, Arkansas, Land Management Police Training at the Law Enforcement Training Center in Artesia, New Mexico, and the DOI

Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia, am a certified Criminal Investigator in the State of Illinois. Throughout my 30 years of law enforcement experience, I have attended numerous training related to, but not limited to, the investigation of aggravated sexual abuse, sexual abuse, and sexual contact of persons. Currently, I am charged with investigating criminal violations on federal and Indian lands on the Lower Brule Sioux Indian Reservation in accordance to 25 U.S.C. § 2803.

2. This Affidavit is made in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the person or body of Jamie Johnson, to include saliva, cheek skin samples, and DNA.

3. As set forth below, there is probable cause to believe that on the body of Jamie Lee Johnson, a/k/a Jamie Lee Fallis, there exist fruits, instrumentalities, and evidence of the offense of activities relating to Sexual Abuse, in violation of 18 U.S.C. § 2241(a) including saliva, check skin samples, and DNA.

4. This Affidavit is based on knowledge and information I received from an interview of Adeline Renee Skunk on September 15, 2019, at the Sanford Chamberlain Medical Center in Chamberlain, South Dakota, and other investigation that has taken place. I have spoken to other law enforcement officials, and other interested individuals about this investigation, and have read reports concerning the progress of the investigation. The statements contained in this Affidavit are based on information that has been provided to me directly or indirectly by witnesses and other law enforcement officers. The information

and conclusions expressed are also based upon my own experience and training as a law enforcement officer, and my personal involvement and knowledge gained during the course of this investigation.

5. This Affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

6. On September 15, 2019, I received information from Conway Betone, Police Officer, BIA OJS, Lower Brule Agency, stating that Adeline Skunk (Skunk) told him that Jamie Lee Johnson, a/k/a Jamie Lee Fallis, (Johnson) raped her and the ambulance was transporting her to Sanford Chamberlain.

7. I responded to Sanford Chamberlain at 300 South Byron, Lower Brule, SD. Contact was made with Skunk who disclosed she had been the victim of a sexual assault by of Johnson at her residence of 93 Pretty Head, Lower Brule, SD. I then went to the nursing station, interviewed Nurse Practitioner Kayla Shepherd, and collected a sexual assault kit and her S.A.N.E. report.

8. Later in the day on September 15, 2019, I interviewed Johnson, who was under arrest pursuant to a tribal warrant, at the Lower Brule Detention Center. Johnson stated that he and Skunk had been drinking earlier in the evening and Skunk asked him to walk her home and had consensual sex upon arriving.

9. On September 16, 2019, I carried the sexual assault examination kit to Sanford Chamberlain Medical Center and logged the kit into evidence. That

same day, I submitted the sexual assault examination kit to the South Dakota Forensic Laboratory for analysis.

10. On October 31, 2019, I received and reviewed a South Dakota Forensic Laboratory Report that indicated the presence of semen was detected in the evidence submitted and a DNA profile was developed. The South Dakota Forensic Laboratory indicated that they had made a preliminary match of the DNA profile, based upon information contained in the CODIS database, indicating the DNA profile was a match to Johnson. The Laboratory has requested a known sample of DNA from Johnson in order to confirm the preliminary match.

11. Based upon my training and experience, I am aware that evidence in the form of Deoxyribonucleic Acid (DNA) is contained in the head hair, skin, blood, and saliva in human bodies. These head hairs, saliva, blood, and other substances can be tested for DNA. Hair samples or DNA samples recovered from the body can be tested against known samples of a particular donor.

## CONCLUSION

12. Based upon my training and experience and the information contained in this Affidavit, I have reason to believe that, on the person or body of Jamie Lee Johnson, to include saliva, cheek skin samples, and DNA, will contain necessary DNA specimens which then can be compared to any DNA found during the sexual assault investigation. The items sought to be collected from the body of Jamie Lee Johnson, a/k/a Jamie Lee Fallis, will be considered items of

evidence of the crime of Aggravated Sexual Abuse in violation of Title 18, United States Code § 2241(a).

13. I, therefore, respectfully request a search warrant be issued to search the person or body of Jamie Lee Johnson, a/k/a Jamie Lee Fallis, and the seizure and search of the items to include saliva, cheek skin samples, and DNA.

Dated this 27th day of January 2020.

_____
Dan P. Meyer
Special Agent
Bureau of Indian Affairs

Sworn to before me and subscribed in my presence,

January 27, 2020
Date

Pierre, South Dakota

_____
United States Magistrate Judge
Mark A. Moreno